## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-363-CEH-SPF

MATEUS FERNANDES
EVANGELISTA DA SILVA
_____/

### O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on April 5, 2023 (Doc. 128). In the Report and Recommendation, Magistrate Judge Flynn recommends that Defendant Mateus Fernandes Evangelista Da Silva's Motion to Dismiss (Doc. 82) and Motion to Suppress (Doc. 87) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 128) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Motion to Dismiss (Doc. 82) is DENIED.

(3) Defendant's Motion to Suppress (Doc. 87) is DENIED.

**DONE AND ORDERED** at Tampa, Florida on April 25, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services